UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MENDOZA OROSCO (A-Number: 221-493-805), | No.  1:26-cv-02808-KES-EGC (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENT TO IMMEDIATELY RELEASE PETITIONER, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| WARDEN, CALIFORNIA CITY DETENTION CENTER, | |
| Respondent. | Docs. 1, 10 |

Petitioner Jesus Mendoza Orosco is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 6, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release.  Doc. 10.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On May 7, 2026, respondent filed a one sentence objection, objecting "for the same reasons advanced in Respondent's earlier filing."  Doc. 11.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the file, including respondent's objections, the Court concludes that the

1

findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1.  The findings and recommendations, Doc. 10, are ADOPTED in full.

2.  The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3.  Respondent is ORDERED to release petitioner Jesus Mendoza Orosco (A-Number: 221-493-805) immediately.  Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner unless respondent demonstrates, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

4.  Respondent is ORDERED to provide petitioner with a copy of this Order upon his release.

5.  The Clerk is directed to serve California City Detention Center with a copy of this Order.

6.  The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:   May 10, 2026

_____
UNITED STATES DISTRICT JUDGE

2